## PROCEDURE ON APPEAL.

Circuit Court of Cuyahoga County.

SAMUEL LIPPERT ET AL v. LUCY B. WIRT, ADMINISTRATRIX.

Decided, June 2, 1911.

*Failure to Give Additional Appeal Bond—Penalty.*

The proper penalty for failure to comply with an order to give an additional appeal bond is dismissal of the appeal, but an order striking off defendant's answer and giving judgment for plaintiff by default produces the same result and no prejudicial error arises therefrom.

*George O. Willett*, for plaintiffs in error.
*B. Pearce*, contra.

HENRY, J.; WINCH, J., and MARVIN, J., concur.

When the plaintiff in error disobeyed the order of the court of common pleas to give an additional undertaking for his appeal of the cause from a justice of the peace, the proper remedy was dismissal of the appeal. Instead, the court of common pleas granted his adversary's motion to strike off his answer and render judgment as upon default. The result of either procedure being the same, both as to the parties to the action and the sureties on the appeal bond, no prejudice can ensue from allowing the judgment as rendered to stand.

Affirmed.